MARGARET MACK, Appellant, *v.* JOHN WANAMAKER, Respondent.

Reported below, 154 App. Div. 944.
(Submitted January 3, 1916; decided January 11, 1916.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the order appealed from.

*Michael M. Helfgott* for motion.

*James F. Mahan* opposed.

Motion granted on payment of costs and ten dollars costs of motion, to be paid within ten days from the entry of the order on this memorandum.

---

FRANZ POEL et al., Copartners under the Name of POEL & ARNOLD, Respondents, *v.* THE BRUNSWICK-BALKE-COLLENDER COMPANY OF NEW YORK, Appellant.

(Submitted January 3, 1916; decided January 11, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 310.)